IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANN MAH, | ) |
|        **Plaintiff.** | ) |
| v. | ) Case No.  12-4148-JTM |
| SHAWNEE COUNTY COMMISSION | ) |
|        **Defendant.** | ) |
| KRIS W. KOBACH<br>**Kansas Secretary of State** | ) |
|        **Defendant-Intervenor** | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW Attorney Ryan A. Kriegshauser and hereby withdraws as counsel of record for Kris W. Kobach, in his official capacity as Kansas Secretary of State, pursuant to D. Kan. 83.5.5(b).  Said party will continue to be represented by Attorneys Kris W. Kobach and Byron ("BJ") Harden.  In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) as stated in the Certificate of Service below.

Date: December 31, 2012

                                                    OFFICE OF THE KANSAS
                                                    SECRETARY OF STATE

                                                    By: /s/ Ryan A. Kriegshauser_____
                                                    Ryan A. Kriegshauser, Kan. Bar No. 23942
                                                    Memorial Hall, 1st Floor
                                                    120 SW 10th Avenue
                                                    Topeka, KS 66612-1597
                                                    Phone: (785) 296-4564
                                                    Fax: (785) 368-8032
                                                    Email: ryan.kriegshauser@sos.ks.gov
                                                    Secondary Email: sos@sos.ks.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of December, 2012, I delivered a true and correct copy of the foregoing, through the Court's electronic filing system and by electronic mail to:

Margie Wakefield
MARGIE WAKEFIELD LAW OFFICES, P.A.
901 Kentucky, Suite 201
Lawrence, KS 66044
info@margiewakefield.com
(785) 841-2296 (fax)
*Attorney for the Plaintiff*

Jamie Shew
DOUGLAS COUNTY CLERK
1100 Massachusetts St.
Lawrence, KS 66044
jshew@douglas-county.com
(785) 832-5192 (fax)
*Interested Party, Possible Defendant*

Rich Eckert
SHAWNEE COUNTY COUSELOR
200 SE 7th St., Room 100
Topeka, KS 66603-3971
rich.eckert@snco.us
(785) 291-4902 (fax)
*Attorney for Defendant*

Evan Ice
DOUGLAS COUNTY COUNSELOR
1100 Massachusetts
Lawrence, KS 66044
EIce@stevensbrand.com
(785) 843-0811 (fax)
*Attorney for Douglas County Board of County Commissioners and Jamie Shew, Douglas County Clerk, Possible Defendants*

Andrew Howell
SHAWNEE COUNTY ELECTION COMMISSIONER
911 SW 37th Street
Topeka, KS, 66611-2378
andrew.howell@snco.us
(785) 266-0299 (fax)
*Interested Party*

Joshua Ney
KNUTZEN & NEY, P.A.
100 Washington St., Ste. D
P.O. Box 366
Oskaloosa, KS 66066
jney@knutzen-ney.com
Fax: (785) 863-2025
*Attorney for Ken Corbett, Interested Party, Possible Defendant*

/s/ Ryan A. Kriegshauser_____
Attorney for Defendant-Intervenor